ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 MAY 26 PM 3:59
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSE ERNESTO PEREZ MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-091 |
| | ) | |
| ERIC H. HOLDER, Attorney General of the United States, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED.**[1]

SO ORDERED this 26th day of May, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] As this case is closed, Plaintiff's motion to compel (doc. no. 7), first motion to amend his complaint (doc. no. 8-1), motion to augment the Court's records (doc. no. 8-2), second motion to amend his complaint (doc. no. 9), and motion for an extension of time to pay his initial filing fee (doc. no. 10) are **MOOT**.